IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR162 |
| | ) | |
| v. | ) | |
| | ) | |
| MAURICE MARSHALL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

　　　　This matter is before the Court on defendant's motion to reduce sentence and waiver of hearing (Filing No. 39), and the stipulation of the parties (Filing No. 40).  The retroactive amendment to the cocaine base guideline changes the total (final) offense level from 15 to 13.  The government and defense agree that the new sentence should be eighteen (18) months imprisonment on Count I and sixty (60) months consecutive on Count II, based on the prior computation of specific offense characteristics, adjustments, and any departures.  Considering the time served and credit for good time,

　　　　IT IS ORDERED that said motions are granted and the stipulation of the parties is approved and adopted; the sentence of the defendant is reduced to a term of eighteen (18) months on Count I and sixty (60) months consecutive on Count II.  He shall receive credit for all time served.  The conditions of supervised

release entered in the original judgment and committal order remain in full force and effect.

DATED this 11th day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court